| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Alarcon, Arthur L | 2. Court or Organization<br><br>U.S. Court of Appeals | 3. Date of Report<br><br>04/20/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>312 No. Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Las Familias del Pueblo (a not-for-profit corporation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 6/76 | Employee's Retirement Benefit (Los Angeles County) |
| 2. 6/76 | Employee's Retirement Benefit (State of California) |
| 3. 6/92 | State Judge's Pension |

RECEIVED 2007 MAY 15 A 10: 01 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Retirement Benefits, State of California | $ 2,276 |
| 2. 2006 | Retirement Benefits, Los Angeles County | $ 10,944 |
| 3. 2006 | Retirement Benefits, State of California Judges | $ 36,183 |
| 4. 2006 | West Services Inc. | $ 4,539 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Retirement Plan of Citibank |
| 2. 2006 | Retirement Plan of Honeywell |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Montanta Assoc. of Criminal Defense Lawyers | Mar. 15-17 - Chico Hot Springs, MT - Speaker at Seminar (Transportation, Food, and Hotel) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 04/20/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cal Western Life Ins Co | A | Interest | K | W | | | | | |
| 2. L.A. Financial Credit Union | C | Interest | L | T | Withdrawal | 12/22 | K | | |
| 3. Washington Mutual Bank Accounts | C | Interest | L | T | Part.Redemp. | 11/11 | K | | |
| 4. U.S. Treasury Bills | C | Interest | L | T | Reinvest | 02/08 | K | | |
| 5. | | | | | Purchase | 05/04 | L | | |
| 6. | | | | | Reinvest | 08/09 | K | | |
| 7. | | | | | Reinvest | 11/02 | L | | |
| 8. United Airline Stock | | None | J | T | | | | | |
| 9. World Savings Bank Accounts | A | Interest | K | T | Opened | 12/26 | K | | |
| 10. Brokerage Account #1 | | | | | | | | | |
| 11. --Sweep Account | A | Interest | L | T | | | | | |
| 12. --Agilent Technology Stock | | None | J | T | | | | | |
| 13. --Citigroup Stock | D | Dividend | M | T | | | | | |
| 14. --Coca Cola Stock | A | Dividend | J | T | | | | | |
| 15. --Hewlett Packard Stock | A | Dividend | K | T | | | | | |
| 16. --Microsoft Stock | A | Dividend | J | T | | | | | |
| 17. --Proctor & Gamble Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Nokia Stock | A | Dividend | J | T | | | | | |
| 19. --Ford Motor Stock | A | Dividend | | | Sell | 05/30 | J | | |
| 20. --IBM Stock | A | Dividend | J | T | Buy | 08/02 | J | | |
| 21. --Sara Lee Stock | A | Dividend | J | T | Buy | 02/03 | J | | |
| 22. | | | | | Buy | 05/18 | J | | |
| 23. | | | | | Buy | 05/30 | J | | |
| 24. --Hanesbrands Inc Stock | | None | J | T | Stk Spinoff | 09/11 | J | | |
| 25. | | | | | Buy | 11/14 | J | | |
| 26. --Mastercard Inc Stock | | None | J | T | Buy | 11/27 | J | | |
| 27. --Paterson-UTI Energy Inc Stock | A | Dividend | J | T | Buy | 11/14 | J | | |
| 28. Brokerage Account #2 | | | | | | | | | |
| 29. --Sweep Account | A | Interest | J | T | | | | | |
| 30. --Honeywell Stock | A | Dividend | K | T | | | | | |
| 31. --Cisco Stock | | None | K | T | | | | | |
| 32. --Corning Stock | | None | | | Sell | 07/24 | J | | |
| 33. --EMC Stock | | None | | | Buy | 07/24 | J | | |
| 34. | | | | | Sell | 12/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --Pfizer Stock | A | Dividend | J | T | | | | | |
| 36.  --Merck Stock | A | Dividend | J | T | Buy | 06/06 | J | | |
| 37.  --International Paper Stock | A | Dividend | J | T | | | | | |
| 38.  --TYCO International LTD Stock | A | Dividend | J | T | | | | | |
| 39.  --EXXON Mobile Corp Stock | A | Dividend | J | T | | | | | |
| 40.  --3M Company Stock | A | Dividend | J | T | Buy | 08/02 | J | | |
| 41.  --Intel Stock | A | Dividend | J | T | | | | | |
| 42.  Brokerage Account #3 | | | | | | | | | |
| 43.  --Sweep Account | A | Interest | J | T | | | | | |
| 44.  --Bank of Oklahoma CD | C | Interest | | | Redemption | 08/03 | L | | |
| 45.  --Advanta Bank CD | C | Interest | | | Redemption | 09/14 | L | | |
| 46.  --Sovereign Bank CD | | None | L | T | Buy | 01/04 | L | | |
| 47.  --Western Bank CD | | None | L | T | Buy | 08/03 | L | | |
| 48.  --Mercantile Bank CD | | None | M | T | Buy | 09/20 | M | | |
| 49.  Brokerage Account #4 | | | | | Opened Feb. | | | | |
| 50.  --Sweep Account | A | Interest | J | T | | | | | |
| 51.  --First Bank Puerto Rico CD | | None | L | T | Buy | 02/08 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --CALIF INFRASTRUCTURE & ECONOMIC DEV BK REV BOND | A | Interest | J | T | Purchase | 05/19 | J | | |
| 53.  --PITTSBURGH CALIF REDEV AGY TAX ALLOC SUB BOND | B | Interest | L | T | Purchase | 05/23 | L | | |
| 54.  --SAN JOSE CALIF REDEV TAX ALLOC MRGD AREA RDV PRJ BOND | A | Interest | K | T | Purchase | 05/18 | J | | |
| 55. | | | | | Purchase | 05/19 | K | | |
| 56.  --CALIF ST VAR PURP GEN OBLIGATION BOND | A | Interest | J | T | Purchase | 05/19 | J | | |
| 57.  --LOS ANGELES CNTY CALIF PUB WKS FING AUTH REV SER A BOND | A | Interest | J | T | Purchase | 05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 04/20/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS AND TRUSTS

1. Last year's item #4 was for two brokerage sweep accounts. The accounts have been appropriately divided up as items #11 and #29.
2. Last year's item #34, Description of Assets, changed from the brokerage name to "Sweep Account."
3. Deleted "Common" from all references to "Common Stock," as shown in the FDR examples.

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 04/20/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date _April 20, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544